AO 106 (Rev. 7/87) Affidavit for Search Warrant

REDACTED

# United States District Court

DISTRICT OF DELAWARE

In the Matter of the Search of
(Address or brief description of property or premises to be seized)

Washington Mutual Bank Account
Number ▮▮▮▮3387

APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT

Case Number: 07- 78M

I, __Melissa E. Marsh__ being duly sworn depose and say: I am a(n) Special Agent, Internal Revenue Service, Criminal Investigation, and have reason to believe that in the District of Colorado there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

the contents of Washington Mutual Bank account number ▮▮▮▮3387

REDACTED

which is (state one or more bases for seizure under the United States Code)

property involved in transactions in violation of 18 U.S.C. § 1960, or is traceable to such property and as such is forfeit to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   X  Yes  ___ No

*Melissa Marsh*
Signature of Affiant
Melissa E. Marsh
Special Agent
Internal Revenue Service

Sworn to before me, and subscribed in my presence

April 25, 2007                                   at    Wilmington, Delaware
Date                                                    City and State

Honorable Mary Pat Thynge.
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer                     Signature of Judicial Officer